IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-po-00032-GJR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MATTHEW E. SILVA,

     Defendant.

---

## ORDER

Defendant Matthew E. Silva is **ORDERED** to provide to the Court, by no later than March 23, 2012:   1). Proof to the Court of payment of his fine in the amount of $300.00 plus the special assessment of $10.00 for a total of $310.00;   2). Verification of successful completion of twenty-four (24) hours of community service work.

Dated this 13th day of March, 2012.

                      BY THE COURT:

                      s/ Gudrun J. Rice
                      _____
                      Gudrun J. Rice
                      United States Magistrate Judge